

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER OF REINSTATEMENT

Style:                               Argelio R. Villarreal Saldana v. Victoria Lynn Villarreal

Appellate case number:      01-19-00424-CV

Trial court:                        428th District Court, Hays County, Texas

Trial court case number:     18-2100

On August 6, 2020, we abated this appeal for the trial court to determine whether the appellate record is complete. The trial court held a hearing, noting that notice had been given to the attorneys of record and that the associate court heard the underlying trial. The trial court also stated that although recordings are made from all hearings, not all hearings are transcribed due to the lack of a court reporter. On August 10, 2002, appellee filed a motion to reinstate, asserting that the record is complete. In reviewing the record, we note that the appellate record contains the reporter's record from the underlying hearing that resulted in a default judgment of which appellant appeals. Based on our review of the appellate record and the briefs filed by both appellant and appellee, we conclude that the appellate record is complete, and we therefore **grant** the motion to reinstate and **reinstate** the appeal. The appeal will be set for submission at the earliest practicable time.

It is so **ORDERED**.


Judge's signature: _____/s/ Sherry Radack_____
☒ Acting individually       ☐ Acting for the Court


Date: ___September 3, 2020_____